138

UNITED STATES

v.

JAMES McCLOSKEY

1808

JOURNAL ENTRIES

1. Defendant ruled into custody . . . . . *Journal, infra,* \*p. 146

PAPERS IN FILE

[None]

UNITED STATES

v.

JAMES McCLOSKEY

1808

JOURNAL ENTRIES

1. Defendant ruled into custody . . . . . *Journal, infra,* \*p. 146

PAPERS IN FILE

[None]